

**1:16-mj-248 - UNSEAL**

Ewing, Michelle (USAOHS)   to: Arthur_Hill@ohsd.uscourts.gov   04/20/2017 10:28 AM

From: "Ewing, Michelle (USAOHS)" <Michelle.Ewing@usdoj.gov>
To: "Arthur_Hill@ohsd.uscourts.gov" <Arthur_Hill@ohsd.uscourts.gov>,

Arthur,

I sent the motion to seal but we can unseal it.

Thanks.

Sincerely,

*Michelle Ewing*
Paralegal Specialist
United States Attorney's Office
221 E. Fourth Street, Suite 400
Cincinnati, Ohio 45202
513-684-3711